IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01718-WDM-CBS

ROSEMARY MURRONI,

    Plaintiff,

v.

JAMES E. ABBOTT, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

    The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on January 2, 2008.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge